# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>INFORMATION ASSOCIATED WITH FACEBOOK ID<br>ASAMAD91, AS DETAILED IN ATTACHMENT A | )<br>)<br>)  Case No.  **16 - 3 2 0 5 - ADC**<br>)<br>)<br>) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the ____Northern____ District of ____California____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment A, to be reviewed per the protocol in Attachment E

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2339B | providing material support of a terrorist organization |
| 18 U.S.C. § 2339C | unlawful financing of terrorism |

The application is based on these facts:

See Attached Affidavit.

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Special Agent Kyra Dressler, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 9 December 2016

*Judge's signature*

City and state: Baltimore, Maryland

A. David Copperthite, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A

I.  **Facebook Accounts to Be Searched**

This warrant seeks to search an account controlled by the free, web-based electronic service provider known as Facebook, Inc. ("Facebook"), headquartered at 1601 California Ave, Palo Alto, California 94304. **The account to be searched bears the following Facebook ID: asamad91 (the "Target Facebook Account").** The information associated with this account is stored at premises owned, maintained, controlled, or operated by Facebook, a company headquartered in Menlo Park, California.

II. **Information to be disclosed by Facebook**

To the extent that the information described herein is within the possession, custody, or control of Facebook, including any messages, records, files, logs, or information that have been deleted but are still available to Facebook, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Facebook is required to disclose the following information to the government for the user ID listed in this attachment for the period from January 1, 2014, to December 31, 2015:

(a) All contact and personal identifying information, for the above Facebook IDs : full name, alternate name and name changes, user identification number, birth date, gender, education, languages spoken, physical address (including city, state, and zip code), current city, hometown, work information, contact e-mail addresses (including those removed), credit card information, Facebook passwords, Facebook security questions and answers, telephone numbers, screen names, websites, and other personal identifiers. Group identifiers including group identification number, a list of users currently registered to the group, and Group Contact Info, including all contact

information for the creator and/or administrator of the group and a PDF of the current status of the group profile page.

 (b) All activity logs for the account and all other documents showing the user's posts and other Facebook activities;

 (c) All photos and videos uploaded by those user IDs and all photos and videos uploaded by any user that have those user IDs tagged in them, including any metadata associated with those photos and videos;

 (d) All profile and "About Me" information; News Feed information, including Posts by the user or to the user; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists and friend requests, including the friends' Facebook user identification numbers; rejected "Friend" requests; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past events postings; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;

 (e) All other records of communications and messages sent or received by the user, including all private messages, chat history, video calling history, and pending "Friend" requests;

 (f) All "check ins" and other location information;

 (g) All IP logs, including all logins/logouts and records of the IP addresses that logged into the account, and information about active sessions;

 (h) The users' last location;

(i)   All records of the account's usage of the "Like" feature, including all Facebook posts, all non-Facebook webpages and content that the user has "liked," and all likes on the users' posts, photos, and other content made by others;

(j)   All information about the Facebook pages that the account is or was a "fan" of;

(k)   Chat history;

(l)   All past and present lists of friends (including removed or deleted friends), family, and connections;

(m)   Any followers or individuals the users are following;

(n)   Any information that the users have hidden from their news feeds;

(o)   Any shares or status updates;

(p)   Linked accounts and screen names;

(q)   Notification settings, privacy settings, recent activities;

(r)   All records of Facebook searches performed by the account;

(s)   All information about the user's access and use of Facebook Marketplace;

(t)   The types of service utilized by the user;

(u)   Account status history, including the length of service, any activation, deactivation dates, and the means and source of any payments associated with the service (including any credit card or bank account number);

(v)   All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account; and

(w)     All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

## III.   Information to be seized by the government

All information described above in Section II that constitutes fruits, evidence and instrumentalities of violations of 18 USC §§ 2339B and 2339C from January 1, 2014, to December 31, 2015, including, for the user ID identified in this Attachment, information pertaining to the following matters:

(a)     Records of communication with other individuals concerning the preparation for, planning of, and/or funding of terrorist-related activities;

(b)     Information pertaining to the solicitation and/or identification of co-conspirators and/or facilitators involved or associated with Mohammed ELSHINAWY, Tamer EL-KHODARY, ABDUL SAMAD, ATAUL HAQUE, SIFUL SUJAN, ANA GONZALEZ, SHAYMA AKTER, and others involved in undertaking terrorist-related activity in the United States or elsewhere;

(c)     Information pertaining to monetary transfers, financial accounts or other monetary instruments that reasonably appear connected to terrorist-related planning or attacks;

(d)     Information about the control and operations of IBACS and its related companies, including Ibacstel Electronics, Advance Technology Solutions (also known as Advance Technology Global ("ATG")), and AdvanceTech;

(e)     Records indicating that data has been deleted by the account owner, potentially to hide evidence of a crime;

(f) Evidence indicating how and when the accounts were accessed or used, to determine the geographic and chronological context of account access, use, and events relating to the crime under investigation and to the email account owner;

(g) Evidence indicating the account owner's state of mind as it relates to the crime under investigation;

(h) The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s);

(i) The identity of the person(s) who communicated with the user ID about matters relating to supporting terrorist organizations such as ISIL, including records that might help reveal their whereabouts;

(j) Account history (including Terms of Service and any complaints) and billing records (including date, time, duration, and screen names used each time the account was activated).

## ATTACHMENT E

### Description of Methods to be Used for Searching Electronically Stored Information

This warrant authorizes the search of electronically stored information. The search shall be conducted pursuant to the following protocol in order to minimize to the greatest extent possible the likelihood that files or other information for which there is not probable cause to search are viewed.

In order to ensure that agents search only those computer accounts and or files described in Section I of Attachments A, B, C and D, this affidavit and the accompanying applications for search warrants seeks authorization to permit employees of the service providers to assist agents in the execution of this warrant. To further ensure that the agents executing the requested warrants search only those computer accounts and/or files described in Section I of Attachments A, B, C and D, the following procedures will be implemented:

    a.    The search warrant will be presented to the relevant service provider personnel who will be directed to isolate those accounts and files described in Attachments A, B, C and D;

    b.    In order to minimize any disruption of computer service to innocent third parties, service provider employees (with or without law enforcement personnel) trained in the operation of computers will create an exact duplicate of the computer accounts and files described in Attachments A, B, C and D, including an exact duplicate of all information stored in the computer accounts and files so described;

    c.    Service provider employees will provide the exact duplicate in electronic form of the accounts and files described in Attachments A, B, C and D, and all information stored in those accounts and files to the agent who serves each warrant;

    d.    Law enforcement personnel will thereafter review the information stored in the accounts and files received from the service providers' employees and then identify and copy the information contained in those accounts and files which are authorized to be further copied by this search warrant, as detailed in Section III of Attachments A, B, C and D; and

    e.    Law enforcement personnel will then seal the original duplicate of the accounts and files received from service provider employees and will not further review the original duplicate absent an order of the Court.